**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**PATRICK BOSS KING,**

     **Petitioner,**

**v.**                                 **Case No. 1:25-cv-140-AW-ZCB**

**RICKY D. DIXON,**

     **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation. ECF No. 22. No party has filed any objection. I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order.

The motion to stay (ECF No. 21) is DENIED. The motion to dismiss (ECF No. 14) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*
Chief United States District Judge